**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MATTIE P. BLAKELY, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of the Social Security Administration, )<br>)<br>   Defendant. ) | Case No. CIV-06-0485-F |

## ORDER

Pursuant to 42 U.S.C. § 405(g), plaintiff seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits under 42 U.S.C. § 1382c(a)(3) of the Social Security Act.

In his Findings & Recommendation of April 2, 2007 (doc. no. 15), Magistrate Judge Shon T. Erwin recommends that the commissioner's decision denying benefits be affirmed. Plaintiff has timely objected to that recommendation, stating two specific objections. First, plaintiff contends that the magistrate judge's findings do not adequately consider plaintiff's argument that plaintiff does not have the residual functional capacity to perform her past relevant work and to engage in substantial gainful activity. Second, plaintiff contends that the magistrate judge's findings do not adequately consider plaintiff's argument that the administrative law judge erred in her credibility analysis.

-2-

As required by 28 U.S.C. § 636, the court has reviewed all objected to matters *de novo*. Having done so, the court finds that no purpose would be served by restating here any of the magistrate judge's findings or analysis, and further finds that there is no reason to reject the magistrate's judge's findings or conclusions based on either of plaintiff's objections or for any other reason.

Accordingly, having carefully considered the parties' submissions, the decision of the administrative law judge, the record including the transcript of proceedings, and the relevant legal authorities, plaintiff's objections to the Findings & Recommendation of Magistrate Judge Shon T. Erwin are **DENIED**. The findings and recommendation of the magistrate judge are **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 27th day of April, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0485p002.wpd